No. 924. ASTORE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *David M. Markowitz* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 856. ANDERSON ET AL. *v.* SWART ET AL. The motion to substitute Thomas M. Debevoise in the place of Frederick M. Reed as a party respondent is granted. Petition for writ of certiorari to the Supreme Court of Vermont denied. *Paul M. Butler* and *Alfred L. Scanlan* for petitioners. *Thomas M. Debevoise,* Attorney General of Vermont, for respondents.

No. 867. COMER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Gerald Robin Griffin* and *Harry B. Miller* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 876. PEREZ-VARELA *v.* ESPERDY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *George Halpern* for petitioner. *Solicitor General Cox, Assistant Attorney General.Miller, Beatrice Rosenberg* and *Jerome M. Feit* for respondent.

No. 869, Misc. BARBER *v.* MCGEE, CORRECTIONS DIRECTOR, ET AL. Supreme Court of California. Certiorari denied.

No. 885, Misc. KENNEDY *v.* WILKINS, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied.